IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **COGNITIVE SCALE INC.,** *Plaintiff* | § § § § § § § § § | A-20-CV-01072-JRN |
| -vs- | | |
| **DELOITTE CONSULTING LLP,** *Defendant* | | |

## FINAL JUDGMENT

On February 26, 2021, Plaintiff dismissed all claims in this case by stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 9). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

SIGNED this 1st day of March, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE